Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Matthew R. Snyder (SBN 350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated, Plaintiff, vs. MICRON TECHNOLOGY, INC. a Delaware corporation d/b/a WWW.CRUCIAL.COM Defendant. | Case No. 2:23-cv-07058-FMO-PVC **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** September 13, 2024         **Law Offices of Todd M. Friedman, P.C.**

1
2                                              By: /s/ Todd M. Friedman
3                                                  Todd M. Friedman
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

Filed electronically on September 13, 2024, with:

United States District Court CM/ECF system

Notification sent electronically on September 13, 2024, to:

To the Honorable Court, all parties and their Counsel of Record


<u>/s/ Todd M. Friedman</u>
   Todd M. Friedman